AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

RECEIVED
UNITED STATES MARSHAL
2019 APR -4 PM 12: 16
SOUTHERN DIST. S/TX

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ahmad Bokaiyan | ) | 4-19-cR-00232-02 |
| | ) | Case No. 4:19-cr-00232-02 |
| | ) | |
| | ) | |
| Defendant | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

✓ Indictment ' Superseding Indictment ' Information ' Superseding Information ' Complaint
' Probation Violation Petition ' Supervised Release Violation Petition ' Violation Notice ' Order of Court

| Place: | United States District
515 Rusk St.
Houston, Tx 77002 | Courtroom No.: 703 |
|---|---|---|
| | | Date and Time: April 15, 2019 @ 10:00am |

This offense is briefly described as follows:

Cts. 1   CONSPIRACY

Cts. 4-6   WIRE FRAUD

Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.

Date:   03/07/2019

_____
*Issuing officer's signature*
H. Lerma, Deputy Clerk
_____
*Printed name and title*

I declare under penalty of perjury that I have:

✗ Executed and returned this summons      ' Returned this summons unexecuted

Date:   4/9/2019

_____
*Server's signature*

LUIS A. HERNANDEZ, DUSM
_____
*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 4:19-cr-00232-02

United States Courts
Southern District of Texas
FILED
APR 11 2019
David J. Bradley, Clerk of Court

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* 4-4-19.

☒ I personally served the summons on this defendant AHMAD BOKAIYM at *(place)* 2710 BRIARHURST DR #12 HOUSTON, TX 77057 on *(date)* 4-9-19 ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 4-9-19

*Server's signature*

LUS A. HERNANDEZ, DUSM
*Printed name and title*

Remarks: