| | |
|---|---|
| HONORABLE PETER BRAY, PRESIDING<br>DEPUTY CLERK: Jason Marchand<br>INTERPRETER  No<br>ERO: L. Howard<br>USPO: F. Troiani<br>OPEN: 10:36   ADJOURN: 10:38 | CLERK, U.S. DISTRICTCOURT<br>SOUTHERN DISTRICT OF TEXAS<br>FILED<br>4-15-19<br>DAVID J. BRADLEY, Clerk |

CR. No. 19-232    DEFT No. 1, 2    USDJ Werlein

UNITED STATES OF AMERICA

vs.

Richard Garza — 1

Ahmad Bukaiyan — 2

§ Quincy Ollison _____ AUSA
§
§ 1. Matthew Leeper / Emmett Matthew Leeper
§ 2. Francisco Fernandez

## ARRAIGNMENT

- [x] 1,2  Arraignment held.   ___ Superseding Indictment   ___ Information
- [x] 1,2  Defts first appearance with counsel.
- [x] 1,2  Deft enters a plea of not guilty on  all  counts.
- [ ]      Waiver of Speedy Trial executed.
- [ ]      Waiver of Indictment.
- [x] 1,2  Docket Control Order issued w/cc to parties   ___ to be mailed   ___ not issued
- [x] 1,2  Bond continued.
- [ ]      Deft failed to appear, bench warrant to issue.
- [ ]      Deft REMANDED to the custody of the U.S. Marshal
- [ ]      Nebbia Hearing (Conflict of Interest) held.

OTHER PROCEEDINGS/COMMENTS: