# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:19−cr−00232

Ahmad Bokaiyan

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ewing Werlein, Jr

**PLACE:**
Courtroom 11D
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 9/20/2019

**TIME:** 11:20 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date: September 11, 2019

David J. Bradley, Clerk