IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| VS § | DOCKET NO.: 4:19CR00232-002 |
| § | |
| AHMAD BOKAIYAN § | |

**AGREED MOTION TO CONTINUE SENTENCING**

TO THE HONORABLE EWING WERLEIN, JR., UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON, DIVISION:

NOW COMES, AHMAD BOKAIYAN, by and through counsel, and moves this Honorable Court to continue sentencing for Seventy-Five (75) days and for good cause would show as follows:

I.

Sentencing in this cause is currently set for Friday, May 8, 2020 at 10:40 a.m. Counsel for Defendant received an initial disclosure copy of the Presentence Investigation Report (PSIR) on March 3, 2020. On March 31, 2020, Defendant filed objections to the PSIR. On April 27, 2020, counsel for Defendant received a revised final PSIR and a sealed addendum to the final PSIR.

II.

This is Defendant's Second Motion to Continue Sentencing.

III.

On April 28, 2020 counsel for Defendant discussed with Assistant United States Attorney Quincy L. Ollison (AUSA Ollison) about defendant's counsel's preference to conduct the hearing in person and about defendant's counsel's concern in attending court

1

on May 8, 2020 when there is still a high risk in getting infected with the Coronavirus disease 2019 (COVID-19). AUSA Ollison also expressed his concern about COVID-19, and we agreed to ask this Honorable Court to continue the current sentencing date. Unfortunately, as of today, the medical community has not found a cure or treatment for the novel virus. We are concern because the virus is still spreading in Harris County, and we can only really protect ourselves by practicing social distancing.

IV.

The purpose of this Motion is not to cause undue delay but rather so that justice may be done.

V.

Defendant and Defendant's attorney, FRANCISCO FERNANDEZ, respectfully request that this Court issue an order in accordance with this Agreed Motion to Continue Sentencing for seventy-five (75) days so that we can protect ourselves from the virus.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this Honorable Court grant this motion.

Respectfully Submitted,

*/s/ Francisco Fernandez*
Francisco Fernandez
Texas State Bar No. 24071812
Federal Bar No. 1098051
5225 Katy Freeway, Suite 305
Houston, Texas 77007
(713) 249-5507
(281) 966-1639 – Fax
Email: francisco@ambrosiolaw.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2020 I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Francisco Fernandez*
Francisco Fernandez

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **VS** | § | **DOCKET NO.: 4:19CR00232-002** |
| | § | |
| **AHMAD BOKAIYAN** | § | |

## CERTIFICATE OF CONFERENCE

On April 28, 2020, counsel for the Defendant conferred with Assistant United States Attorney Quincy L. Ollison concerning his position on Defendant's Motion to Continue Sentencing.  Mr. Ollison is in agreement with this motion.

                                                 */s/ Francisco Fernandez*
                                                 Francisco Fernandez