United States District Court
Southern District of Texas
**ENTERED**
September 22, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § § § | Criminal No. H-19-232 |
| AHMAD BOKAIYAN (02) | § | |

## ORDER REGARDING IN-COURT HEARING

This case is set for an in-court sentencing hearing, as requested by Defendant Bokaiyan, as follows:

*Date:* **October 9, 2020**
*Time:* **10:00 a.m.**
*before United States District Judge Ewing Werlein, Jr.*
*Courtroom 11B*
*U. S. Courthouse & Federal Building*
*515 Rusk Avenue*
*Houston, Texas  77002*

All participants present for this hearing are required to wear a mask and observe social distancing of 6 to 8 feet for the duration of the hearing.

The Clerk shall enter this Order and notify all parties.

Signed this 22nd day of September, 2020.

_____
Ewing Werlein, Jr.
United States District Judge