IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CR. NO. H-19-232 |
| AHMAD BOKAIYAN | | |

### ORDER

It is requested that the Probation Office prepare an Amended Judgment in this case (1) to reflect the correct amount of restitution as found by the Court in the subsequent sentencing of Co-Defendant Richard Garza on April 9, 2021, which finding was based upon a comprehensive forensic accounting submitted in evidence by the Government, which accounting was not available to the Court at the time of Defendant Bokaiyan's sentencing; (2) to identify the correct payee to whom, as found by the Court in Co-Defendant Garza's sentencing on April 12, 2021, the restitution must be paid; and (3) to provide that liability for the payment of such restitution is a joint and several obligation with Co-Defendant Richard Garza.

It is SO ORDERED.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 13TH day of April, 2021.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE